[No. 67633-4-I. Division One. March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC W. FORGEY, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.